## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.,** : <br> a Delaware corporation, : <br> 915 Meeting St., Suite 600 : <br> North Bethesda, MD 20852 : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **NIKUL PATEL** : <br> 23 Hayloft Ln. : <br> Roslyn Heights, NY 11577 : <br> : <br> and : <br> : <br> **HARSHAD PATEL** : <br> 20 Red Ground Road : <br> Old Westbury, NY 11568 : <br> : <br> Defendants. : | Case No.: _____ |

## COMPLAINT FOR CONFESSED JUDGMENT

Plaintiff Choice Hotels International, Inc. ("Choice"), by and through its attorney, Zachary E. Berge, Esq., sues and confesses judgment against Defendants Nikul Patel and Harshad Patel ("Defendants"), and as grounds for its action states as follows:

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a)(1), this being an action between citizens of different states and the amount in controversy being in excess of $75,000.00, exclusive of interest and costs. The Court has jurisdiction over Defendants pursuant to 28 U.S.C. §1332(a)(1) and Ann. Code Md., C.J., §6-103(b)(1), Defendants having transacted business in Maryland with Choice. Venue is proper in the District of Maryland pursuant to 28 U.S.C. §1391(b).

2. Choice is incorporated in the State of Delaware and has its principal place of business at 915 Meeting St., Suite 600, North Bethesda, MD 20852.

3. Defendants are individuals who at all times relevant to these proceedings were, and currently are, citizen of New York. Based upon information, knowledge, and belief, Defendants are neither employed in nor reside in Maryland.

4. On or about December 17, 2021, Choice and Defendants entered into a Settlement and Release Agreement in connection with monies owed to Choice by Defendants pursuant to a franchise agreement between the parties ("the Settlement Agreement"). A copy of the Settlement Agreement is attached as Exhibit A.

5. Defendants also executed a promissory note in the principal amount of $97,200.00 as part of the Settlement Agreement ("the Promissory Note"). A copy of the Promissory Note is attached as Exhibit B.

6. Under the terms of the Settlement Agreement and Promissory Note, if Defendants executed a new franchise agreement ("New Agreement") for the construction and operation of a hotel at the same location (the "New Hotel"), and thereafter began renting sleeping rooms to the public at the New Hotel in accordance with the terms of the New Agreement, then the Promissory Note would be marked "paid" and returned to Defendants.

7. Defendants executed the New Agreement but failed to construct and open the New Hotel as required by the New Agreement. Choice informed Defendants of their material breach of the New Agreement by written Notice of Default dated February 24, 2023, and subsequently terminated the New Agreement on May 5, 2023.

8. Defendants' failure to begin construction of the New Hotel and open the New Hotel in accordance with the terms of the New Agreement constituted default under the

Promissory Note.

9. Pursuant to the Promissory Note, in the event of a default under the Promissory Note, the principal amount of the Promissory Note would immediately be due and payable, along with interest on that amount at an annual rate of 10% from default until paid in full.

10. The Promissory Note executed by Defendants provided that, in the event interest or principal were not paid when due, authority was given to an attorney-at-law to appear on behalf of Defendants in any court and waive the issuance and service of process, and to further confess a judgment against them in favor of Choice for such amount as may be unpaid, and to further release all errors and waive all rights of appeal.

11. There remains due and owing to Choice on the Promissory Note the principal unpaid balance of Ninety-Seven Thousand Two Hundred Dollars ($97,200.00), plus interest at the rate of 10% per annum from February 24, 2023, through January 31, 2024, in the amount of Nine Thousand Two Hundred Thirty-Four Dollars ($9,234.00), plus additional interest at the rate of 10% per annum from February 1, 2024, until paid.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. GRANT Plaintiff's Complaint for Confessed Judgment against Defendants Nikul Patel and Harshad Patel.

B. Enter a JUDGMENT BY CONFESSION against Defendants in the amount of One Hundred Six Thousand Four Hundred Thirty-Four Dollars ($106,434.00), comprising outstanding principal in the amount of $97,200.00, and interest accrued through January 31, 2024, in the amount of $9,234.00,

C. GRANT Plaintiff an award as and for continuing interest at the rate of 10% per annum from February 1, 2024, until all amounts are paid,

D. GRANT Plaintiff court costs in the amount of Four Hundred Dollars ($400.00), and

E. GRANT Plaintiff such other and further relief as may be just and proper.

        Respectfully submitted,

        _____
        Zachary E. Berge, Esq.
        915 Meeting St., Suite 600
        North Bethesda, MD 20852
        301-628-5854
        zachary.berge@choicehotels.com

        Attorney for Plaintiff
        Choice Hotels International, Inc.